Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

In Re: ) Chapter 7
ESTRADA, RENATO )
ESTRADA, SINDIA ) Case No. 09-10224 JMM
)
Debtors ) NOTICE OF TRUSTEE'S INTENT
) TO ABANDON PROPERTY
)

NOTICE IS GIVEN that <u>Lawrence J. Warfield</u>, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate:

**7429 E. 25th Place, Yuma, AZ 85365**

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with US Bankruptcy Court, District of Arizona, 230 North First Avenue, Suite101, Phoenix, AZ 85003-1706. A copy of the objection shall be mailed forthwith to the Trustee at the following address:

TRUSTEE: <u>Lawrence J. Warfield, P.O. Box 14647, Scottsdale, AZ 85267</u>

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

<u>September 27, 2010</u>           <u>/s/ Lawrence J. Warfield</u>
DATE          Lawrence J. Warfield, Trustee